UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAGASTEGUI-RONCEROS LUIGUIE MARTIN,<br>Petitioner,<br>v.<br>FERETI SEMAIA, *et al.*,<br>Respondents. | Case No. 5:25-cv-03324-SVW-DMK<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;
2. The Petition is dismissed as moot, without prejudice;
3. Judgment shall be entered dismissing the Petition;
4. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

It is hereby ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED.

DATED: October 22, 2026

Honorable Stephen V. Wilson
United States District Judge