JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAGASTEGUI-RONCEROS LUIGUIE MARTIN,<br>Petitioner,<br>v.<br>FERETI SEMAIA, *et al.*,<br>Respondents. | Case No. 5:25-cv-03324-SVW-DMK<br><br>JUDGMENT |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

It IS ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED as moot, without prejudice.

DATED: October 22, 2026

Honorable Stephen V. Wilson
United States District Judge